Kara J. Rosenthal (CA Bar No. 233206).
H. Camille Papini-Chapla (CA Bar No. 282893)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: rosenthal@wtotrial.com
        papinichapla@wtotrial.com

Todd C. Theodora (CA Bar No. 120426)
Brian J. Headman (CA Bar No. 284508)
Theodora Oringher PC
1840 Century Park East, Suite 500
Los Angeles, CA 90067-2199
Telephone: 310.557.2009
Facsimile: 310.551.0238
Email: ttheordora@tocounsel.com
        bheadman@tocounsel.com

Attorney for Defendants Ulthera, Inc.
and Merz North America, Inc.

E-FILED

SEP 1 7 2018

Document # _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| YAZHEN ZHU,<br><br>             Plaintiff,<br><br>vs.<br><br>ULTHERA, INC., MERZ NORTH AMERICA INC., and DOES 1-10, inclusive.<br><br>             Defendants. | Case No.: 2:17-cv-09057-PSG-JC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE** |

This matter comes before the Court on the Parties' Stipulation to Extend the Fact Discovery Deadline. The Court, having reviewed the Stipulation and the record in this matter, and for good cause shown, hereby **GRANTS** the stipulation. The fact discovery cut-off deadline is now set for December 6, 2018.

//

//

1 | Dated: _____5/14/18_____

The Honorable Philip S. Gutierrez
United States District Court Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2