Nathaniel Clark, Esq. (SBN 276621)
**LAW OFFICES OF SCOTT WARMUTH, APC**
17700 Castleton Street, Suite # 168
City of Industry, California 91748
Telephone: (626) 363-2150
Facsimile:  (626) 642-0808
nclark@law888.com

*Attorneys for Plaintiff*
YAZHEN ZHU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZHEN ZHU,<br><br>            Plaintiff,<br>    vs.<br><br>ULTHERA, INC., MERZ NORTH AMERICA INC., and DOES 1 – 10, inclusive,<br><br>            Defendants. | Case No.: 2:17-CV-09057-PSG-JCx<br><br>Assigned:    Hon. Philip S. Gutierrez<br>Courtroom    6A – 6th Floor<br><br>**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:    November 13, 2017<br>Trial Date:              February 12, 2019 |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yazhen Zhu, and Defendants Ulthera, Inc. and Merz North America Inc. (collectively "Defendants"), through their respective counsel of record, hereby stipulate and agree that the above-captioned action and all claims asserted therein against Defendants are hereby dismissed <u>with prejudice</u>, each party to bear their own costs and fees.

| | |
|---|---|
| Dated: October 18, 2018 | **LAW OFFICES OF SCOTT WARMUTH, APC** |
| | By:   /s/ *Nathaniel Clark*  <br>          NATHANIEL CLARK, ESQ. |
| | ***Attorneys for Plaintiff*** <br> YAZHEN ZHU |
| Dated: October 18, 2018 | **WHEELER TRIGG O'DONNELL LLP** |
| | By:   /s/ *Kara J. Rosenthal*  <br>          KARA J. ROSENTHAL, ESQ. |
| | ***Attorneys for Defendants*** <br> ULTHERA, INC. AND MERZ NORTH AMERICA, INC. |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

| | |
|---|---|
| Dated: October 18, 2018 | **LAW OFFICES OF SCOTT WARMUTH, APC** |
| | By:   /s/ *Nathaniel Clark*  <br>          NATHANIEL CLARK, ESQ. |
| | ***Attorneys for Plaintiff*** <br> YAZHEN ZHU |