1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                    **CENTRAL DISTRICT OF CALIFORNIA**
7
8   YAZHEN ZHU,                          )   Case No.: 2:17-CV-09057-PSG-JCx
9                                        )
10            Plaintiff,                 )   Assigned:    Hon. Philip S. Gutierrez
            vs.                          )   Courtroom    6A – 6th Floor
11                                       )
12  ULTHERA, INC., MERZ NORTH           )   **[PROPOSED] ORDER TO**
    AMERICA INC., and DOES 1 – 10,       )   **DISMISS ACTION WITH**
13  inclusive,                           )   **PREJUDICE**
                                         )
14                                       )   Complaint Filed:   November 13, 2017
15           Defendants.                 )   Trial Date:        February 12, 2019
                                         )
16
17
18        FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:
19
20        1.     The entire action is hereby dismissed with prejudice against all defendants, together
    with all claims and/or causes of action arising therefrom; *and*
21
22        2.     The parties will each bear their respective costs and attorneys' fees as incurred
23  against one another in connection with this action.
24        **IT IS SO ORDERED.**
25
26  Dated: _____        _____
27                                 HONORABLE PHILIP S. GUTIERREZ
                                   U.S. DISTRICT JUDGE
28

1