E-FILED 10/23/18
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZHEN ZHU,<br><br>             Plaintiff,<br><br>   vs.<br><br>ULTHERA, INC., MERZ NORTH AMERICA INC., and DOES 1 – 10, inclusive,<br><br>             Defendants. | Case No.: 2:17-CV-09057-PSG-JCx<br><br>Assigned:   Hon. Philip S. Gutierrez<br>Courtroom   6A – 6th Floor<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed:  November 13, 2017<br>Trial Date:         February 12, 2019 |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed with prejudice against all defendants, together with all claims and/or causes of action arising therefrom; *and*

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Dated: 10/23/18 _____

PHILIP S. GUTIERREZ
_____
HONORABLE PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE